UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>           Plaintiff,<br><br>v.<br><br>CARL EDWARD NESS,<br><br>           Defendant. | Case No. 2:19-CR-00066-BLW<br>              2:19-CR-00147-BLW<br><br>**REPORT AND**<br>**RECOMMENDATION** |

On August 20, 2019, Defendant Carl Edward Ness appeared before the undersigned United States Magistrate Judge to enter change of pleas in both of the above-entitled matters pursuant to two written plea agreements. (Dkt. 25, 2:19-CR-00066-BLW) (Dkt. 16, 2:19-CR-00147-BLW.) The Defendant executed a waiver of the right to have the presiding United States District Judge take his change of pleas. Thereafter, the Court explained to the Defendant the nature of the charges contained in the Indictments filed in both cases, the maximum penalties applicable, his Constitutional rights, the impact that the Sentencing Guidelines will have, and that the District Judge will not be bound by the agreements of the parties as to the penalty to be imposed.

The Court, having conducted the hearing on the change of pleas and having inquired of the Defendant, counsel, and the government, finds there is a factual basis for the Defendant's guilty pleas, that he entered his pleas voluntarily and with full knowledge of the consequences, and that the pleas should be accepted. The undersigned also ordered

REPORT AND RECOMMENDATION - 1

a pre-sentence investigation to be conducted and a report prepared by the United States Probation Office.

## RECOMMENDATION

**NOW THEREFORE IT IS HEREBY RECOMMENDED:**

1) The District Court accept Defendant Carl Edward Ness' pleas of guilty to Count One of the Indictment in Case Number 2:19-CR-00066-BLW and Count One of the Indictment in Case Number 2:19-CR-00147-BLW.

2) The District Court order forfeiture consistent with Defendant Carl Edward Ness' admissions to the Criminal Forfeiture allegations in both of the Indictments and Plea Agreements. (Dkt. 1, 25 in 2:19-CR-00066-BLW) (Dkt. 1, 16 in 2:19-CR-00147-BLW.)

Written objections to this Report and Recommendation must be filed within fourteen (14) days pursuant to 28 U.S.C. § 636(b)(1) and Local Rule 72.1(b), or as a result of failing to do so, that party may waive the right to raise factual and/or legal objections to the United States Court of Appeals for the Ninth Circuit.

DATED: August 20, 2019

_____
CANDY WAGAHOFF DALE
U.S. MAGISTRATE JUDGE